**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| TYLER VINCE BEAVERS, | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 22-40853-BEM |
| DEBTOR, | ) | |
| | ) | JUDGE ELLIS-MONRO |

**MOTION TO APPROVE SETTLEMENT**
**AND DISBURSEMENT OF PROCEEDS**

The above-named Debtor, by and through his attorney of records, respectfully moves the Court pursuant to Section 105 of Title 11 of the United States Code, Rule 9019 of the Rules of Bankruptcy Procedure, and Rule 9014-2 of the Local Bankruptcy Rules for the entry of an order retroactively approving the settlement agreement and the payment of the settlement proceeds and the payment of attorney's fees in this contested matter and in support hereof alleges and says that:

1. In July 2024, Debtor was involved in a motor vehicle accident that resulted in serious bodily injury. As a result, Debtor hired Glenda Mitchell Law Firm for a personal injury case. After hiring, Glenda Mitchell Law Firm referred the case out to Hammers Law Firm to take over.

2. Hammers Law Firm has reached a settlement with the at-fault party in the amount of $50,000.00 (settlement statement attached hereto as "Exhibit A").

3. After disbursement of legal fees and expenses totaling $20,909.63, and medical expenses totaling $13,350.00, Debtor will be awarded $15,740.37 from the settlement.

4. Debtor requests to use the full proceeds in order to purchase a replacement vehicle.

**Release of All Claims**

The Debtor is therefore requesting the Court approve this settlement as set forth herein, and to allow the parties to enter into and execute the same in full settlement of this contested matter.

The Debtor is also moving the court for such other and additional relief as to the Court that may seem just and proper.

**Completion of Obligations of Parties**

All sums shall be paid by Defendant and a Dismissal shall be executed and filed with the Court within ten days of the approval of this Agreement by the Court.

**WHEREFORE,** the Debtor respectfully prays of the Court as follows:

A.  That the Debtor's Motion to Approve Settlement Agreement and Disbursement of Proceeds be granted and approved, for the parties to enter into and execute the same in full settlement of this contested matter.
B.  That the Debtor have such other and further relief as the Court may seem just and proper.

Dated: May 23, 2025

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Attorney for Debtor
STATE BAR NO.  412798
107 E. 5th Avenue
Rome, GA  30161
(706) 295-0030 (phone)
(470) 600-7165 (fax)
lawoffice@kellycanhelp.com

"EXHIBIT A"



# SETTLEMENT STATEMENT

### Tyler Beavers v Brandon Robichaux

| | | | |
|---|---|---|---:|
| **FUNDS DEPOSITED IN ESCROW** | | | $50,000.00 |
| | | | |
| **LEGAL FEES** | | | |
| Glenda Mitchell Law Firm | 13% | $ | (6,666.00) |
| Hammers Law Firm | 27% | $ | (13,333.00) |
| | | $ | 30,001.00 |
| **FUNDS TO BE PAID OUT OF ESCROW** | | | |
| Summit **(Reduced from $20,903.20)** | | $ | (8,000.00) |
| Norbu/ AHI **(Reduced from $4,595)** | | $ | (2,000.00) |
| Inspine **(Reduced from $5,840)** | | $ | (3,200.00) |
| Office Expenses (Flat Fee) | | $ | (150.00) |
| | | $ | (13,350.00) |
| **FUNDS ADVANCED** | | | |
| Law Firm  (See Attached) | | $ | (321.75) |
| Hammers Law Firm (See Attached) | | $ | (588.88) |
| | | $ | (910.63) |
| **BALANCE DUE TO CLIENT** | | $ | 15,740.37 |

Signature: _Tyler_ (signed)        Date: 05/02/2025

Spouse/Witness: _____        Date: ___/___/2025



# SETTLEMENT STATEMENT DISCLAIMER

    I (we) hereby approve of the distribution of funds as hereinabove set forth and give the law firm, Hammers Law Firm, LLC, power of attorney to sign my (our) name(s) to said settlement check.  I (we) understand that I (we) am responsible for any and all unpaid bills and health insurance subrogation liens (demands for repayment of benefits), other than paid herein. I (we)understand that the settlement check will be deposited in attorney escrow account and distributed to "Client" named below within five (5) business days of receipt.  I (we) also acknowledge receipt of my (our) medical records.

    I (we) acknowledge that my attorneys have no further duty or responsibility arising from their representation of me (us).  I (we) acknowledge that payment of my medical bill(s) not paid as shown on the Settlement Statement are my (our) sole responsibility, as are any reimbursements which may be owed to any insurance carrier which made health insurance, "med-pay" or any other payments on my behalf to my healthcare providers. **The following BILLS/LIENS are not being paid under terms of this settlement:**

**PROVIDER**                                                                                           **AMOUNT**


    I (we) have been made aware that my health insurer may or has already claimed it is entitled to reimbursement and that it may attempt to satisfy its lien by demand letters, filing a lawsuit or withholding future benefits.  I (we) acknowledge that my attorneys will not represent me in such future litigation unless we enter into a new fee agreement.

    I (we) have instructed my (our) attorneys to give me (us) the money remaining after deducting the approved disbursements **AND I (WE)WILL BE RESPONSIBLE FOR ANY UNPAID BILLS OR LIENS OR ANY OTHER CLAIMS OF ANY KIND ARISING OUT OF THE MEDICAL TREATMENT RECEIVED IN THIS CASE NOT LISTED ON THE SETTLEMENT STATEMENT.**

    **DISBURSEMENT OF THE MONEY RECOVERED HAS BEEN EXPLAINED TO ME (US) AND IS APPROVED.**

This _____ day of _____, 2025.

X_____   X_____*Tyler*_____
Witness                                                                    Client

5555 Glenridge Connector • Suite 975 • Atlanta, Georgia 30342 • (770) 900-9000 • Fax (404) 600-2626
www.hammerslawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **TYLER VINCE BEAVERS,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 22-40853-BEM** |
| **DEBTOR,** | ) | |
| | ) | **JUDGE ELLIS-MONRO** |

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that **TYLER VINCE BEAVERS,** has filed a Motion to Approve Settlement and Disbursement of Proceeds and related papers with the Court seeking an order granting approval of Debtor's worker's compensation settlement.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Approve Settlement and Disbursement of Proceeds at 10:00am on June 25, 2025 in Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 339, 600 East First Street, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: May 23, 2025

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Attorney for Debtor
GA Bar No. 412798
107 E 5th Avenue
Rome, GA 30161
(678) 831-1127 (phone)
(706) 413-1365 (fax)      lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2025 I electronically filed the foregoing Motion to Approve Settlement and Disbursement of Proceeds with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Tyler V. Beavers
815 Vernon Ave
Dalton, GA 30720

Hammers Law Firm
Attn: Kirsten King
5555 Glenridge Connector Ste. 975
Atlanta, GA 30342.

Glenda Mitchell Law Firm
807 N Tennessee St. Ste. 201
Cartersville, GA 30120

*All creditors on attached matrix*

This 23rd day of May, 2025

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Attorney for Debtor
STATE BAR NO. 412798
107 E. 5th Avenue
Rome, GA  30161
(706) 295-0030 (phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 22-40853-bem<br>Northern District of Georgia<br>Rome<br>Fri May 23 10:02:28 EDT 2025 | Tyler Vince Beavers<br>815 Vernon Ave<br>Dalton, GA 30720-4170 | Credit Acceptance Corp<br>25505 W 12 Mile Road Suite 3000<br>Southfield, MI 48034-8331 |
| (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>PO Box 9701<br>Allen, TX 75013-9701 | Robert J. Fehse<br>Evans Petree<br>Suite 800<br>1715 Aaron Brenner Drive<br>Memphis, TN 38120-1445 |
| First Southern State<br>PO Box 548<br>Stevenson, AL 35772-0548 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 | James B.M. Hooper<br>Knight & Hooper, PLLC<br>P O Box 11583<br>Chattanooga, TN 37401-2583 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMCB Card Services<br>PO Box 15369<br>Wilmington, DE 19850-5369 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Jeffrey Branan Kelly<br>Law Office of Jeffrey B. Kelly, P.C.<br>107 E. 5th Avenue<br>Rome, GA 30161-1725 | Ronald A. Levine<br>Levine & Block, LLC<br>P.O. Box 422148<br>Atlanta, GA 30342-9148 | SBNASELFLNDR<br>5105 S Crossing Pl<br>Sioux Falls, SD 57108-5003 |
| K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 | Starla Whited<br>244 County Rd 485<br>Fort Payne, AL 35968-5534 | TD Auto Finance<br>PO Box 9223<br>Farmington, MI 48333-9223 |
| TD Bank, N.A.<br>c/o Robert J. Fehse, Esq.,<br>Evans Petree PC<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | Tennessee Valley FCU<br>P.O. Box 23967<br>Chattanooga, TN 37422-3967 | Trans Union<br>PO Box 1000<br>Chester, PA 19016-1000 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Credit Acceptance Corporation          (u)GEORGIA DEPARTMENT OF REVENUE COMPLIANCE D          (u)TD Bank, N.A.

(u)Tennessee Valley Federal Credit Union          End of Label Matrix
                                                  Mailable recipients    21
                                                  Bypassed recipients     4
                                                  Total                  25